THE NORTHERN TRUST COMPANY, AS TRUSTEE UNDER THE WILL OF
JOHN M. WHITMAN, DECEASED

*v.*

STATE OF ILLINOIS.

*Opinion filed December 22, 1916.*

INHERITANCE TAX—*when award will be made.* In this claim the tax
was fixed by the County Judge and paid after which an appeal was prayed
to the County Court, and the tax reduced. *Held,* that an award should be
made.

Wm. S. Miller and F. H. Bengel, for Claimant.

P. J. Lucey, Attorney General, for State.

The claim in this case is for a refund of $1,445.16 inheritance tax
claimed to have been erroneously paid to the County Treasurer of Cook
County on the 22nd day of April, 1913, and is made under the pro-
visions of an Act to tax gifts, legacies, inheritances, etc., approved June
14, 1909.

John M. Whitman died testate on the 29th day of October, 1912, a
resident of the City of Chicago, State of Illinois, and claimant was
duly designated as trustee under the will of John M. Whitman, and
was also nominated and appointed executor under said will. The said
The Northern Trust Company was duly appointed and qualified as such
executor by the Probate Court of Cook County, Illinois, on the 9th day
of November, 1912, and is still acting as such, and it has also qualified
and is now acting as such trustee. An inheritance tax proceeding was
had under the direction of the County Judge of Cook County; the ap-
praiser filed his report with the County Judge, who entered an order
on April 2, 1913, fixing the total inheritance tax due the State of Illi-
nois at $30,459.39. On April 22, 1913, less than six months after the
death of the testator, the claimant paid the tax as fixed, and thereby
secured a discount of five per cent, amounting to $1,522.95, thus mak-
ing the amount paid to the County Treasurer of Cook County $28,936.44,
which amount was transmitted to the Treasurer of the State of Illinois.
Afterwards, claimant petitioned the County Court for an appeal which
was approved and allowed to the County Court. The Court after hav-
ing heard all the evidence, entered an order on April 12, 1914, finding
that the tax was erroneously fixed by the County Judge, and finding
the correct amount of the tax to be $28,940.30, instead of $30,459.39.
The amount as corrected is also entitled to a discount of five per cent,
it having been paid within six months after the death of the testator,
which discount would amount to $1,447.02, so that there should have
been paid to the County Treasurer on April 22, 1913, on account of
said tax, the sum of $27,493.28, instead of $28,936.44, making a differ-
ence of $1,443.16.

We therefore accordingly award claimant the sum of $1,443.16.